UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ONEBEACON INSURANCE
COMPANY,

    Plaintiff,

v.                                               CASE NO: 8:04-cv-846-T-23MAP

CORRECTIONAL SERVICES
CORPORATION,

    Defendant.
_____/

## **ORDER**

The parties' stipulation (Doc. 21) for dismissal of the action with prejudice is

**APPROVED**.  Pursuant to Rule 41, Federal Rules of Civil Procedure, the action is

**DISMISSED WITH PREJUDICE**.  Each party will bear its own attorneys' fees and costs.

ORDERED in Tampa, Florida, on May 4, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE